```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                                   :
KENNETH N. WYNDER, JR.,                                            :
                                                                   :
                                        Plaintiff,                 :     1:24-cv-7925-GHW
                                                                   :
                  -v-                                              :     ORDER OF SERVICE
                                                                   :
GEORGE GOLTZER, ESQ., *et al.*,                                    :
                                                                   :
                                        Defendants.                :
                                                                   :
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

On December 2, 2024, the Court issued an order of service directing, among other things, that Defendant Ying Stafford be served with a copy of the operative complaint, a summons, and the Court's December 2, 2024 order through the U.S. Marshals Service. Dkt. No. 7. The Marshals Service was unable to serve Ms. Stafford at the address provided for her in the December 2, 2024 order. Dkt. No. 13.

The Marshals Service is directed to attempt service on Ying Stafford at the following address, which is taken from what appears to be her professional website: 36 Ferry Lane East, Suite 100, Westport, Connecticut 06880. Ms. Stafford should be served with a copy of the operative complaint in this case, Dkt. No. 1, the summons issued by the Clerk of Court, Dkt. No. 9, the Court's December 2, 2024 order, Dkt. No. 7, the Court's May 6, 2025 order requiring plaintiff to show cause why this action should not be dismissed *sua sponte*, Dkt. No. 15, and this order.

In the December 2, 2024 order, the Court ordered that Ms. Stafford "must ascertain the address at which the Estate of George Goltzer"—another named defendant in this case—"may be served," and that Ms. Stafford "must provide this information to Plaintiff and the Court within sixty days of the date of [the] order." Dkt. No. 7 at 3. The Court hereby extends the deadline for Ms. Stafford to provide an address at which the Estate of George Goltzer may be served to Plaintiff and

the Court. Ms. Stafford must provide this information within thirty days of being served with a copy of this order.

The Clerk of Court is directed to mail a copy of this order to Plaintiff and to Defendant Jeremy Schneider.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

SO ORDERED.

Dated: May 6, 2025
      New York, New York

_____
GREGORY H. WOODS
United States District Judge