```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/10/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
:
KENNETH N. WYNDER, JR.,                                            :
:
                              Plaintiff,       :      1:24-cv-7925-GHW
:
             -v-                                              :      <u>ORDER</u>
:
GEORGE GOLTZER, ESQ., *et al.*,                                    :
:
                              Defendants.      :
:
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

      On May 6, 2025, Plaintiff filed a motion for default judgment against Defendant Jeremy Schneider, arguing that Mr. Schneider had failed to timely respond to Plaintiff's complaint. Dkt. No. 25. Plaintiff's motion is DENIED. Mr. Schneider is not in default. The Court has extended the deadline for Mr. Schneider to answer or otherwise respond to the complaint to July 7, 2025. Dkt. No. 21.

      The Clerk of Court is directed to mail a copy of this order to Plaintiff and to Defendants Jeremy Schneider and Ying Stafford.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

      SO ORDERED.

Dated: May 10, 2025

                                                                       GREGORY H. WOODS
                                                               United States District Judge