```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                                  :
KENNETH N. WYNDER, JR.,                                           :
                                                                  :
                                Plaintiff,                        :       1:24-cv-7925-GHW
                                                                  :
               -v-                                                :       ORDER OF SERVICE
                                                                  :
GEORGE GOLTZER, ESQ., et al.,                                     :
                                                                  :
                                Defendants.                       :
                                                                  :
----------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/2025

GREGORY H. WOODS, United States District Judge:

On May 6, 2025, the Court issued an order directing the Marshals Service to attempt service on Defendant Ying Stafford at 36 Ferry Lane East, Suite 100, Westport, Connecticut 06880. Dkt. No. 16. Among other things, the order directed the Marshals to serve Ms. Stafford with a copy of the Court's December 2, 2024 order requiring Ms. Stafford to provide an "address at which the Estate of George Goltzer," another named defendant in this case, "may be served." *Id.*; Dkt. No. 7 at 3.

On May 19, 2025, Ms. Stafford filed a letter confirming that she was served with the summons and complaint in this case, as well as with the Court's December 2, 2024 order. Dkt. No. 27. The letter provided an address at which Mr. Goltzer's estate can be served. *Id.*

The Marshals Service is directed to serve the Estate of George Goltzer at the following address provided by Ms. Stafford:

> The Estate of George Goltzer
> C/O Theresa Peters
> 152 West 57th Street
> 8th Floor
> New York, New York 10019

Mr. Goltzer's estate should be served with a copy of the operative complaint in this case, Dkt. No.

1, the summons issued by the Clerk of Court, Dkt. No. 9, the Court's December 2, 2024 order, Dkt. No. 7, the Court's May 6, 2025 order requiring Plaintiff to show cause why this action should not be dismissed *sua sponte*, Dkt. No. 15, and this order.

The Clerk of Court is directed to mail a copy of this order to Plaintiff and to Defendant Ying Stafford. The Clerk of Court is further directed to remove Defendant "Criminal Justice Act, Inc." from the list of active defendants in this case in light of the Court's December 2, 2024 dismissal of Plaintiff's claims against that defendant. Dkt. No. 7 at 4.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

SO ORDERED.

Dated: May 19, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge