```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                              :

KENNETH N. WYNDER, JR.,               :

                                 Plaintiff,        :        1:24-cv-7925-GHW

                      -v-                      :        <u>ORDER</u>

GEORGE GOLTZER, ESQ., *et al.*,      :

                               Defendants. :
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

      On July 7, 2025, Plaintiff submitted a letter responding to the Court's May 6, 2025 order to show cause why this case should not be dismissed *sua sponte*. Dkt. No. 42. Plaintiff's response was filed after the court-ordered deadline to respond to the order to show cause, *see* Dkt. No. 35 (extending deadline to respond to order to show cause to June 26, 2025), but the Court will consider Plaintiff's response in light of the special solicitude afforded to *pro se* litigants. *See Triestman v. Fed. Bureau of Prisons*, 470 F.3d 471, 475 (2d Cir. 2006). Defendants Jeremy Schneider and Ying Stafford are ordered to submit letters responding to the substance of Plaintiff's letter by no later than July 21, 2025. They may do so separately or in a joint letter.

      SO ORDERED.

Dated: July 14, 2025
       New York, New York

                                                                     GREGORY H. WOODS
                                                                 United States District Judge