**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
KENNETH N. WYNDER, JR.,

                Plaintiff,

    -against-                                      24 **CIVIL** 7925 (GHW)

                                                               **JUDGMENT**

GEORGE GOLTZER, ESQ., et al.,

                Defendant.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated August 3, 2025, this action is DISMISSED without leave to amend. Plaintiff's Section 1983 claims are dismissed with prejudice. Plaintiff's state-law malpractice claims are dismissed without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962). Accordingly, the case is closed.

**Dated:** New York, New York

        August 4, 2025

                                                             **TAMMI M. HELLWIG**
                                                                 **Clerk of Court**

                                **BY:**

                                                                 **Deputy Clerk**