```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/25/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                  :
KENNETH N. WYNDER, JR.,           :
                                                  :
                             Plaintiff,     :        1:24-cv-7925-GHW
                                                  :
                -v-                     :              <u>ORDER</u>
                                                  :
GEORGE GOLTZER, ESQ., *et al.*,   :
                                                  :
                           Defendants.  :
                                                  :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

        On September 19, 2025, Plaintiff submitted a letter requesting information as to any updates in this case. Dkt. No. 53. Accordingly, the Clerk of Court is directed to mail a copy of the docket sheet in this case and a copy of this order to Plaintiff.

        SO ORDERED.

Dated: September 25, 2025
          New York, New York

                                                 _____
                                                      GREGORY H. WOODS
                                                   United States District Judge